IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH M. ANGELO, JR.,

    Plaintiff,                     :     Case No. 2:20-cv-4745

    -vs-                              Judge Sarah D. Morrison
                                   Magistrate Judge Kimberly A. Jolson

MUSKINGUM COUNTY CHILD
PROTECTIVE SERVICES, *et al.*,
                                 :

    Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on September 23, 2020. (ECF No. 3.) In that filing, the Magistrate Judge granted Plaintiff's request to proceed *in forma pauperis*. The Magistrate Judge also performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 2). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                                 /s/ Sarah D. Morrison
                                                SARAH D. MORRISON
                                                UNITED STATES DISTRICT JUDGE